Central de Cervejas

Vialonga 2 February 2004

## TO WHOM IT MAY CONCERN

We SCC- Sociedade Central de Cervejas, S.A. hereby appoint MILTON'S DISTRIBUTING CO, INC, as sole importers for our brand SAGRES for the States of Illinois, Massachusetts, Pennsylvania, Rhode Island,Texas and Virginia for a period of six months.

Juan Luis Restrepo
**Commercial Director**

SCC - SOCIEDADE CENTRAL DE CERVEJAS, S.A.
Contribuinte N.º 502 488 417 – Capital Social 50.000.000 Euros – C. R. C. de Vila Franca de Xira N.º 5677
Sede/Fábrica: Estrada da Alfarrobeira – 2625-244 Vialonga
Apartado 15 – 2626-851 Vialonga – PORTUGAL
Telef.: +351 21 952 86 00 - Fax: +351 21 952 08 38
www.centralcervejas.pt e-mail: scc@centralcervejas.pt
Cod. 2056385 - 07/2002 00

EMPRESA CERTIFICADA APCER ISO 9001

CERTIFIED IQNet MANAGEMENT SYSTEM

Central de Cervejas

Vialonga 4 of February 2002

# TO WHOM IT MAY CONCERN

We Sociedade Central de Cervejas, S.A. hereby appoint MILTON'S DISTRIBUTING CO, INC, as sole importers for our brand SAGRES for the States of Massachusetts, Rothe Island, Pennsylvania and Flórida, for a period of one year.

S.C.C.- SOCIEDADE CENTRAL DE CERVEJAS, S.A.

Juan Luis Restrepo
**Chief Commercial Officer**

Central de Cervejas

Vialonga 4 of February 2002

## TO WHOM IT MAY CONCERN

We Sociedade Central de Cervejas, S.A. hereby appoint MILTON'S DISTRIBUTING CO, INC, as sole importers for our brand SAGRES for the States of Massachusetts, Rothe Island, Pennsylvania and Flórida, for a period of one year.

S.C.C.- SOCIEDADE CENTRAL DE CERVEJAS, S.A.

Juan Luis Restrepo
**Chief Commercial Officer**

SCC - SOCIEDADE CENTRAL DE CERVEJAS, S.A.
Contribuinte N.º 502 460 417 - Capital Social 50.000.000 Euros - C. R. C. de Vila Franca de Xira N.º 6072
Sede/Fábrica: Estrada da Alfarrobeira - 2625-244 Vialonga
Apartado 15 - 2020-551 Vialonga - PORTUGAL
Telef.: +351 21 952 88 00 - Fax +351 21 952 08 38
www.centralcervejas.pt e-mail: scc@centralcervejas.pt

Cód. 2056085 - 07/2002 DQ L 10/2002

EMPRESA CERTIFICADA APCER ISO 9001

IQNet

EMPRESA CERTIFICADA
APCER
CERTIFICADO N.96/CEP.414
SISTEMA PORTUGUÊS
DA QUALIDADE
NP EN ISO 9001

Central de Cervejas

Recvd 3/2002

**TO WHOM IT MAY CONCERN**

We CENTRAL DE CERVEJAS, S.A. hereby appoint WHITEHALL COMPANY, as sole importers for our brand SAGRES for the States of Massachusetts, Rhode Island and Pennsylvania for a period of one year.

Juan Luis Restrepo
**Chief Commercial Officer**