) 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

MILTON'S DISTRIBUTING COMPANY, INC.
d/b/a Signature Imports

V.

SOCIEDADE CENTRAL de CERVEJAS
e BEBIDAS, S.A., and
OLDE WORLD IMPORTS INC.,
d/b/a AIDIL WINES & LIQUORS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 173

TO: (Name and address of Defendant)

Olde World Imports, Inc., d/b/a
Aidil Wines & Liquors
35-37 Liberty Street
Newark, NJ 07102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark W. Freel, Esq.
Denise E. Choquette, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LERK

4/28/06
DATE

3y) DEPUTY CLERK

) 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| vice of the Summons and complaint was made by me[1] | DATE |
| E OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other (specify): I accept service for OLDE WORLD IMPORTS INC., d/b/a AIDIL WINES & LIQUORS

Date: 5/5/06 By: Stephen H. Burke, Esq.

## STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

DISTRICT COURT OF RHODE ISLAND

2006 MAY 12 A 10: 12

s to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.