Central de Cervejas

Vialonga 2 February 2004

# TO WHOM IT MAY CONCERN

We SCC- Sociedade Central de Cervejas, S.A. hereby appoint MILTON'S DISTRIBUTING CO, INC, as sole importers for our brand SAGRES for the States of Illinois, Massachusetts, Pennsylvania, Rhode Island, Texas and Virginia for a period of six months.

Juan Luis Restrepo
**Commercial Director**

SCC - SOCIEDADE CENTRAL DE CERVEJAS, S.A.
Contribuinte N.º 503 468 417 – Capital Social 50.000.000 Euros – C. R. C. de Vila Franca de Xira N.º 5873
Sede/Fábrica: Estrada da Alfarrobeira – 2625-244 Vialonga
Apartado 15 – 2626-851 Vialonga – PORTUGAL
Telef.: +351 21 952 66 00 - Fax: +351 21 952 08 38
www.centralcervejas.pt e-mail: scc@centralcervejas.pt
Cod. 2056385 - 07/2002 BO

EMPRESA CERTIFICADA APCER ISO 9001
CERTIFIED IQNet

Central de Cervejas

Vialonga 4 of February 2002

# TO WHOM IT MAY CONCERN

We Sociedade Central de Cervejas, S.A. hereby appoint MILTON'S DISTRIBUTING CO, INC, as sole importers for our brand SAGRES for the States of Massachusetts, Rothe Island, Pennsylvania and Flórida, for a period of one year.

S.C.C. - SOCIEDADE CENTRAL DE CERVEJAS, S.A.

Juan Luis Restrepo
**Chief Commercial Officer**

Central de Cervejas

Vialonga 4 of February 2002

**TO WHOM IT MAY CONCERN**

We Sociedade Central de Cervejas, S.A. hereby appoint MILTON'S DISTRIBUTING CO, INC, as sole importers for our brand SAGRES for the States of Massachusetts, Rothe Island, Pennsylvania and Flórida, for a period of one year.

S.C.C.- SOCIEDADE CENTRAL DE CERVEJAS, S.A.

Juan Luis Restrepo
**Chief Commercial Officer**

SCC - SOCIEDADE CENTRAL DE CERVEJAS, S.A.
Contribuinte N.º 502 465 417 – Capital Social 50.000.000 Euros – C. R. C. de Vila Franca de Xira N.º 5672
Sede/Fábrica: Estrada da Alfarrobeira – 2625-244 Vialonga
Apartado 15 – 2020-201 Vialonga – PORTUGAL
Telef.: +351 21 952 86 00 - Fax: +351 21 952 08 38
www.centralcervejas.pt e-mail: scc@centralcervejas.pt
Cód. 2056385-07/2002 DQ L 10/2002

EMPRESA CERTIFICADA APCER ISO 9001 IQNet

EMPRESA CERTIFICADA
APCER
CERTIFICADO N.98/CEP.414
SISTEMA PORTUGUÊS
DA QUALIDADE
NP EN ISO 9001

Central de Cervejas

Recd 3/2002

**TO WHOM IT MAY CONCERN**

We CENTRAL DE CERVEJAS, S.A. hereby appoint WHITEHALL COMPANY, as sole importers for our brand SAGRES for the States of Massachusetts, Rhode Island and Pennsylvania for a period of one year.

Juan Luis Restrepo
**Chief Commercial Officer**