# Central de Cervejas e Bebidas

February 17, 2006

## TO WHOM IT MAY CONCERN

We, SCC – Sociedade Central de Cervejas e Bebidas, S.A., hereby appoint MILTON'S DISTRIBUTING CO., INC. as sole importer for our brand SAGRES for the States of Massachusetts, Rhode Island, Pennsylvania, Illinois, Texas, and Virginia for a period of one year.

Nuno Francisco r. Pinto de Magalhaes
Corporate Affairs Administrator

SCC – Sociedade Central de Cervejas e Bebidas, S.A.
Apartido 15 – 2626 – 851 Vialonga – PORTUGAL
Telef. +351 21 952 86 00 Fax +351 21 952 08 38