**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 01 2006
Property of U.S. District Court
District of Rhode Island

MILTON'S DISTRIBUTING COMPANY, INC. d/b/a SIGNATURE IMPORTS,

Plaintiff,

v.

SOCIEDADE CENTRAL de CERVEJAS e BEBIDAS, S.A., OLDE WORLD IMPORTS, INC. d/b/a AIDIL WINES & LIQUORS and COIMBRA IMPORTS & EXPORTS, INC. d/b/a AIDIL WINES & LIQUORS,

Defendants.

C.A. No.: 06-173ML

**STIPULATION**

It is hereby agreed by the parties, that the Defendants shall have up to and including June 6, 2006 within which they may answer or otherwise respond to the First Amended Complaint.

Plaintiffs,
Milton's Distributing Co., Inc.
d/b/a Signature Imports

Mark W. Freel
Mark W. Freel, #4003
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903

Defendants,
Sociedade Central de
E Bebidas, S.A., Olde World
Cervejas Imports, Inc. D/B/A Aidil
Wines Liquors And Coimbra Imports
& Exports, Inc. D/B/A Aidil Wines
& Liquors,

Stephen H. Burke (JRR)
Stephen H. Burke, #2759
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Date: 5/30/06.

Enter:
Mary M. Lisi
USDJ 6/2/06