UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

JUN 07 2006

Property of U.S. District Court
District of Rhode Island

MILTON'S DISTRIBUTING COMPANY, INC. d/b/a SIGNATURE IMPORTS,

Plaintiff,

v.

SOCIEDADE CENTRAL de CERVEJAS e BEBIDAS, S.A., OLDE WORLD IMPORTS, INC. d/b/a AIDIL WINES & LIQUORS and COIMBRA IMPORTS & EXPORTS, INC. d/b/a AIDIL WINES & LIQUORS,

Defendants.

C.A. No.: 06-173ML

**STIPULATION**

It is hereby agreed by the parties, that the Defendants shall have up to and including June 13, 2006 within which they may answer or otherwise respond to the First Amended Complaint.

Plaintiffs,
Milton's Distributing Co., Inc.
d/b/a Signature Imports

Mark W. Freel/pwr

Mark W. Freel, #4003
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903

Defendants,
Sociedade Central de
E Bebidas, S.A., Olde World
Cervejas Imports, Inc. D/B/A Aidil
Wines Liquors And Coimbra Imports
& Exports, Inc. D/B/A Aidil Wines
& Liquors,

Stephen H Burke JHR

Stephen H. Burke, #2759
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Date: 6/6/06

Enter: Mary M. Lisi USDJ 6/7/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 07 2006
Property of U.S. District Court
District of Rhode Island

COLLEEN LITTLEFIELD

Vs C.A. No. 06-157

CATHOLIC FAMILY LIFE INSURANCE COMPANY

**STIPULATION**

By agreement of the parties, defendant, Catholic Family Life Insurance ("CFLI") and plaintiff, Colleen Littlefield ("Littlefield"), hereby agree that the time for CFLI to answer, move, or otherwise respond to the Complaint filed in this matter may be extended an additional ten (10) days, through and including June 17, 2006.

COLLEEN LITTLEFIELD
By her Attorney,

Karen Davidson #3182
One Ship Street
Providence, RI 02903
401-453-6200
401-331-6110 fax

CATHOLIC FAMILY LIFE
INSURANCE COMPANY
By its Attorneys,

Patricia A. Sullivan #2120
Caroline F. Turcotte #7165
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 fax

Enter:
Mary M. Lisi
USDJ 6/7/06