UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MILTON'S DISTRIBUTING COMPANY, INC. d/b/a SIGNATURE IMPORTS,
Plaintiff

v.

SOCIEDADE CENTRAL de CERVEJAS e BEBIDAS, S.A., and OLDE WORLD IMPORTS INC. d/b/a AIDIL WINES & LIQUORS,
Defendants

C.A. No. 06-173-ML

**STIPULATION**

The undersigned parties hereby stipulate and agree that the plaintiffs in the above-captioned action shall have an extension of time, through and including July 24, 2005, within which to answer, plead or otherwise respond to the defendants' Counterclaim.

Enter: Mary M. Lisi USDJ 7/11/06

MILTON'S DISTRIBUTING COMPANY, INC.

By its Attorneys,

Mark W. Freel (#4003)
Denise E. Choquette (#6298)
EDWARDS, ANGELL, PALMER & DODGE, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

SOCIEDADE CENTRAL de CERVEJAS e BEBIDAS, S.A., OLDE WORLD IMPORTS, INC. D/b/a AIDIL WINES & LIQUORS

By its Attorneys,

Stephen H. Burke (#2759)
RATCLIFFE BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400
(401) 331-3440