**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MILTON'S DISTRIBUTING COMPANY, INC. d/b/a SIGNATURE IMPORTS,

Plaintiff,

v.

SOCIEDADE CENTRAL de CERVEJAS e BEBIDAS, S.A.,and OLDE WORLD IMPORTS, INC. d/b/a AIDIL WINES & LIQUORS

Defendants.

C. A. No. 06-173-ML

**NOTIFICATION OF CLAIM OF UNCONSTITUTIONAL RHODE ISLAND LAW BY THE DEFENDANTS, SOCIEDADE CENTRAL DE CERVEJAS E BEBIDAS, S.A. and OLDE WORLD IMPORTS, INC., d/b/a AIDIL WINES AND LIQUORS**

Pursuant to Rule 24 of the Rhode Island United States District Court Local Civil Rules, Socieda de Central de Cervejas e Bebidas, S.A. ("SCC"), and Olde World Imports, Inc., d/b/a Aidil Wines and Liquors (("Aidil Wines") (collectively, the "Defendants")), hereby submit this Notification of Claim of Unconstitutionality. The Defendants challenge the constitutionality of Rhode Island General Laws, §3-13-9, in Counterclaim III of their Answer and Counterclaim, in light of the recent United States Supreme Court decision, *Granholm v. Heald*, 544 U.S. 460; 125 S.Ct. 1885; 161 L.Ed.2d 796; 2005 U.S.LEXIS 4174 (2005), which held state statutes to be unconstitutional for discriminating against interstate commerce in violation of the Commerce Clause. The Department of the Attorney General of the State of Rhode Island (the "Department") has been notified of this claim and has requested an opportunity to brief the Constitutional issues

raised in the matter. The Department further requests notification of any briefing schedule related to this issue so that it may participate.

Respectfully submitted,

Sociedade Central De Cervejas E Bebidas, S.A.,
Olde Word Imports, Inc., d/b/a Aidil Wines and Liquors,

By their attorneys,

**Ratcliffe Burke Harten & Elias LLP**

Stephen H. Burke, #2759
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440

**CERTIFICATION**

I hereby certify that on the 20th day of July, 2006, a true and accurate copy of the within was mailed, postage prepaid, to:

Mark W. Freel, Esq.
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903

Rhode Island Attorney General
Patrick Lynch
150 South Main Street
Providence, RI 02903

Aidil Carrero

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

RECEIVED JUL 0 6 2006

July 3, 2006

Stephen H. Burke, Esquire
1600 Financial Plaza
Providence, RI 02903

Mark W. Freel, Esquire
2800 Financial Plaza
Providence, RI 02903

Re: **Milton's Distributing Company, Inc. v. Sociedade Central de Cervejas e Bebidas, et al., USDC No. 06-173 ML**

Dear Attorneys Burke and Freel:

Defendants' Answer and Counterclaim in the above-entitled matter has been forwarded to my attention. The State will want to brief the Constitutional issues raised in this matter. Please let me know of any briefing schedule so that we can participate.

Thank you.

Sincerely,

Rebecca Tedford Partington

Rebecca Tedford Partington
Assistant Attorney General
Ext. 2303

cc: Clerk of Court
Michael P. Jolin, Deputy Chief Legal Services-DBR