**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MILTON'S DISTRIBUTING COMPANY, INC. d/b/a SIGNATURE IMPORTS,<br><br>Plaintiff,<br><br>v.<br><br>SOCIEDADE CENTRAL de CERVEJAS e BEBIDAS, S.A ,and OLDE WORLD IMPORTS, INC. d/b/a AIDIL WINES & LIQUORS<br><br>Defendants. | C. A. No. 06-173-ML |

**ASSENTED TO MOTION TO EXTEND TIME WITHIN WHICH TO REPLY TO THE PLAINTIFFS' MOTION TO DISMISS COUNT I OF DEFENDANTS' COUNTERCLAIM**

Now come SOCIEDADE CENTRAL de CERVEJAS e BEBIDAS, S.A., and OLDE WORLD IMPORTS, INC. d/b/a AIDIL WINES & LIQUORS and hereby request additional time, up to and including August 18, 2006 within which to reply to the Plaintiff's Motion to Dismiss Count I of the Defendants' Counterclaim. Counsel in good faith seeks additional time to prepare its objection, and is not seeking to delay these proceedings. The undersigned represents that all parties concerned with these motions have agreed to the extension of time and the time period requested.

[NEXT PAGE IS SIGNATURE PAGE]

Respectfully submitted,

Ratcliffe Burke Harten &
Elias LLP

/s/ Stephen H. Burke

Stephen H Burke, #2759
1600 Financial Plaza
Providence, RI 02903
Tel: 401 331 3400
Fax: 401 331 3440
sburke@rbhelaw.com

**CERTIFICATION**

I hereby certify that on the 7th day of August, 2006, I delivered a true and accurate copy of the within pleading via first class mail, postage prepaid, to the following:

Mark Freel, Esq.
Edwards Angell Palmer and Dodge
One Financial Plaza
Providence, RI 02906-2563

/s/ Stephen H. Burke