**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

MILTON'S DISTRIBUTING COMPANY, INC. d/b/a SIGNATURE IMPORTS,

Plaintiff,

v.

SOCIEDADE CENTRAL de CERVEJAS e BEBIDAS, S.A.,and OLDE WORLD IMPORTS, INC. d/b/a AIDIL WINES & LIQUORS

Defendants.

C. A. No. 06-173-ML

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO DISMISS COUNT I OF DEFENDANTS' COUNTERCLAIM**

Defendants hereby object to Plaintiff's Motion to Dismiss Count I of Defendants' Counterclaim for the reasons set forth in the accompanying Memorandum of Law.

Sociedade Central De Cervejas E Bebidas, S A., Olde Word Imports, Inc , d/b/a Aidil Wines and Liquors,

By their attorneys,

Ratcliffe Burke Harten & Elias LLP

/s/ Stephen H. Burke

Stephen H Burke, #2759
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440

**CERTIFICATION**

I hereby certify that on the 18th day of August, 2006, a true and accurate copy of the within was forwarded via ECF to:

Mark W. Freel, Esq.
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903

/s/ Stephen H. Burke