UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MILTON'S DISTRIBUTING COMPANY, INC. d/b/a SIGNATURE IMPORTS,<br><br>Plaintiff<br><br>v.<br><br>SOCIEDADE CENTRAL de CERVEJAS e BEBIDAS, S.A., and OLDE WORLD IMPORTS INC. d/b/a AIDIL WINES & LIQUORS,<br><br>Defendants | : | C.A. No. 06-173-ML |

**DISMISSAL STIPULATION**

The undersigned parties hereby stipulate and agree that all claims and counterclaims made herein shall be dismissed, with prejudice, all parties to bear their own costs and fees. The parties further stipulate and agree that this dismissal has been entered into on the basis of the 2007 appointment letters regarding distribution rights in and to Sagres Beer sent by Defendant Sociedade Central de Cervejas e Bebidas, S.A. to Plaintiff Milton's Distributing Company, Inc. d/b/a Signature Imports and to Defendant Olde World Imports Inc. d/b/a Aidil Wines & Liquors.

MILTON'S DISTRIBUTING
COMPANY, INC.

By its Attorneys,

/s/ Mark W. Freel

Mark W. Freel (#4003)
EDWARDS ANGELL PALMER
& DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

SOCIEDADE CENTRAL de
CERVEJAS e BEBIDAS, S.A., and
OLDE WORLD IMPORTS, INC.
d/b/a AIDIL WINES & LIQUORS

By their Attorneys,

/s/ Stephen H. Burke

Stephen H. Burke (#2759)
RATCLIFFE BURKE HARTEN &
ELIAS LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400
(401) 331-3440 (Fax)